# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY J. DIVALENTINO,  :     No. 3:24-CV-0030

      Petitioner  :

       :     (Judge Munley)

     v.  :

       :

COMMONWEALTH OF  :
PENNSYLVANIA,  :

      Respondent  :

FILED SCRANTON APR 06 2026

PER ___ DEPUTY CLERK

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Petitioner Anthony J. DiValentino's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as DiValentino has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this court's procedural rulings are correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to CLOSE this case.

Date: 4/6/34

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court